PILLINGER MILLER TARALLO, LLP
570 Taxter Road, Suite 2
Elmsford, New York 10523
Tel: (914) 702-6300
Fax: (914) 703-6688
Attorneys for Claimant

**SUPPLEMENTAL RULE**
**26(a) DISCLOSURE**
**RESPONSE**

UNITED STATES DISTRICT COURT OF THE
EASTERN DISTRICT OF NEW YORK

*Civil Action No.*
09-CV-5600(CBA)(RLM)

------------------------------------------X
IN THE MATTER OF THE PETITION OF NORTH
EAST MARINE, INC., AS OWNER OF THE TUG
ELENA, A 35' DECK BARGE AND A 40; DECK
BARGE, FOR EXONERATION FROM AND
LIMITATION OF LIABILITY
------------------------------------------X

        Claimant, EL SOL CONTRACTING AND CONSTRUCTION

CORPORATION, by PILLINGER MILLER TARALLO, LLP, in compliance

with Rule 26(a), hereby sets forth the following:

        A. The following are names, addresses and phone numbers

of employees of claimant, El Sol Contracting and Construction

Corporation (hereinafter "El Sol", who were working in a

supervisory position with respect to the subject construction

project:

- Nicholas Gikas, (Project Manager)
  43-06 54th Road
  Maspeth, NY 11378
  (718) 392-8800
- Eric Weiss, (Superintendent)
  43-06 54th Road
  Maspeth, NY 11378
  (718) 392-8800
- James Carr, (Foremen)
  43-06 54th Road
  Maspeth, NY 11378
  (718) 392-8800

At this time, claimant is unaware of any witnesses of the alleged occurrence other then those names previously disclosed by the parties herein.

B. The following documents, annexed hereto, are relevant to the disputed facts in this matter:

•     Please find attached hereto a New York State Workers Compensation Board report of Work Related Accident/Occupational Disease for Robert Booty.

C. A computation of the alleged damages will be supplied by claimant, Robert Boody.

D.     The responding defendant maintained a commercial general liability policy with Liberty International, Policy No. DGLNY205945017, effective dates are 6/1/07 to 6/1/08. Policy limits are $1,000,000 per occurrence and $2,000,000 in the aggregate. A copy of the subject Certificate of Insurance is annexed hereto.

Claimant reserves the right to supplement this response if and when additional information becomes available.

Dated: Westchester, New York
      June 8, 2010

PILLINGER MILLER TARALLO, LLP

By: _____ (8/19)
    JEFFREY T. MILLER (JTM- )
    For the Firm
    PILLINGER MILLER TARALLO, LLP
    Attorneys for Defendant
    El Sol Contracting and Construction Corporation
    570 Taxter Road, Suite 275
    Elmsford, New York 10523
    (914) 703-6300
    Our File No.  LIB-00105.1/JTM

TO:    SEE ANNEXED PAGE

- 2 -

TO:
HOFMANN & ASSOCIATES
Attorney for Plaintiff
Robert Boody
360 West 31st Street
New York, New York 10001
(212) 465-8840

NICOLETTI HORNIG & SWEENEY, ESQS.
Attorney for Defendant
North East Marine, Inc.
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005
(212) 220-3830
File: 10000530 DRH/GSR

RUBIN, FIORELLA & FRIEDMAN, LLP
Attorney for Defendants
Metro Marine, Inc., Metro Marine Sales
& Service, Inc., and Francois Guillet
292 Madison Avenue
11th Floor
New York, New York 10017
(212) 953-2381

HERZFELD & RUBIN, P.C.
Attorneys for Claimant
Francois Guillet
125 Broad Street
New York, NY 10004

FROM : CARABIE CORP                    FAX NO. : 9146990052              Jul. 17 2009 02:30PM  P2

MAY-15-2008  16:32         LOVELL SAFETY EIP                          2122696212      P.03

## STATE OF NEW YORK - WORKER'S COMPENSATION BOARD

## EMPLOYER'S REPORT OF WORK-RELATED ACCIDENT/OCCUPATIONAL DISEASE

Send this notice directly to the Chair, Worker's Compensation Board at the address shown on the reverse side within ten (10) days after an accident occurs. ANSWER ALL QUESTIONS FULLY. A copy should also be provided to or retained by your worker's compensation insurance carrier. *Cd # 115996*

Any employer who fails to timely file Form C-2, as required by Section 110 of the Worker's Compensation Law, is subject to a fine of not more than $1,000. In addition, the Board or Chair may impose a penalty of up to $2,500.

TYPEWRITER PREPARATION IS STRONGLY RECOMMENDED - INCLUDE ZIP CODE IN ALL ADDRESSES - EMPLOYEE'S S.S.NO. MUST BE ENTERED BELOW

| WCB CASE NO. (if Known) | CARRIER CASE NO. | CARRIER CODE NO. | WC POLICY NO. | DATE OF ACCIDENT | EMPLOYEE'S S.S.NO. |
|---|---|---|---|---|---|
| | | W204002 | 13729009 | 01/29/08 | 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 |

| 1.(a) EMPLOYER'S NAME | (b) EMPLOYER'S MAILING ADDRESS | (c) OSHA CASE/FILE NO. |
|---|---|---|
| Carabie Corporation | 216 South Terrace Avenue Mt. Vernon, NY 10550 | |

(d) LOCATION (if different from Mailing Address)    *469*

| (e) NATURE OF BUSINESS (Principal Products, service, etc) | (f) NY U.I. EMPLOYER Reg. No. | (g) FEIN - I.O.I. Emp Reg No. Unknown |
|---|---|---|
| Bridge Painters | 1815678 | |

2.(a) INSURANCE CARRIER
The State Insurance Fund

(b) CARRIER'S ADDRESS
Please Go Back and Make a Selection

3.(a) INJURED EMPLOYEE (First, M.I., Last)
Robert Boody

(b) ADDRESS (includes No. and Street, City, State, Zip and Apt. No.)
14-77 Egmont Place Far Rockaway, NY 11691

### ACCIDENT

| 4.(a) ADDRESS WHERE ACCIDENT OCCURED | (b) COUNTY | (c) WAS ACCIDENT ON EMPLOYER'S PREMISES? |
|---|---|---|
| Cross Bay Blvd. Bridge Queens, NY | Queens | ☐ Yes ☐ No |

| 5. HOUR EMP. BEGUN WORK | 6. TIME OF ACCIDENT | 7. DEPT. WHERE REGULARLY EMPLOYED | 8.(a) DATE STOPPED WORK BECAUSE OF THIS INJURY/ILLNESS | (b) WAS EMPLOYEE PAID IN FULL FOR DAY? |
|---|---|---|---|---|
| ☐ AM ☐ PM | 10:30 ☐ AM ☐ PM | | / / | ☐ Yes ☐ No |

9.(a) IS THE INJURY THE RESULT OF (b) IF Yes, VEHICLE IS OWNED BY    (c) IF EMPLOYER'S VEHICLE, GIVE NAME AND ADDRESS OF NO-FAULT INSURANCE CARRIER
THE USE OR OPERATION OF A    ☐ EMPLOYEE ☐ EMPLOYER ☐ UNKNOWN
MOTOR VEHICLE? ☐ Yes ☐ No

### INJURED PERSON

| 10. SEX | 11. DATE OF BIRTH | 12. OCCUPATION (Specific job title at which employed) | 13. DATE HIRED |
|---|---|---|---|
| ☐ Male ☐ Female | 10/06/79 | Journeyman | 3/1/2000 |

| 14.(a) AVERAGE EARNINGS PER WEEK? | (b) TOTAL EARNINGS PAID DURING 52 WEEKS PRIOR TO DATE OF ACCIDENT (include bonus, overtime, value of board, etc) | 15.(a) EMPLOYEE IS: | (b) INJURED EMPLOYEE'S WORK WEEK (Check days usually worked) | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
| $ 44.00 HR | $ | ☐ Full Time ☐ Part Time | ✓ | ✓ | ✓ | ✓ | ✓ | | |

### NATURE OF INJURY

| 16. WHAT WAS THE INJURY OR ILLNESS? GIVE SPECIFIC PART OF BODY AFFECTED AND HOW IT WAS AFFECTED. | 17.(a) DID YOU PROVIDE MEDICAL CARE? | (b) IF YES, WHEN? |
|---|---|---|
| Right upper thigh and hip | ☐ Yes ☐ No | / / |

| 18. WAS EMPLOYEE TREATED IN AN EMERGENCY ROOM? ☐ Yes ☐ No | 19. WAS EMPLOYEE HOSPITALIZED OVERNIGHT AS AN IN-PATIENT? ☐ Yes ☐ No |
|---|---|

20. (a) NAME AND ADDRESS OF DOCTOR          (b) NAME AND ADDRESS OF HOSPITAL

| 21. (a) HAS EMPLOYEE RETURNED TO WORK? | (b) IF YES, GIVE DATE | (c) AT WHAT WEEKLY WAGE? |
|---|---|---|
| ✓ Yes ☐ No | 01/30/08 | $ |

### NOTE: FORM C-11 MUST BE FILED EACH TIME THERE IS A CHANGE IN EMPLOYMENT STATUS

### CAUSE OF ACCIDENT

22. WHAT WAS EMPLOYEE DOING WHEN INJURED? (Please be specific. Identify tools, equipment or material the employee was using.)
Going to coffee break

23. HOW DID THE ACCIDENT OR EXPOSURE OCCUR? (Please describe fully the events that resulted in injury or occupational disease. Tell what happened and how it happened. Please use separate sheet if necessary.)
Got off barge and climbed over rope with left leg and barge moved and his right leg got pinned to pier.

24. OBJECT OR SUBSTANCE THAT DIRECTLY INJURED EMPLOYEE, e.g., the machine employee struck against or which struck him/her, the vapor or poison inhaled or swallowed, the chemical that irritated his/her skin, in case of strains, the thing (s)he was lifting, pulling, etc.
Pier

### FATAL CASES

| 25. (a) DATE OF DEATH | (b) NAME AND ADDRESS OF NEAREST RELATIVE | (c) RELATIONSHIP |
|---|---|---|
| / / | | |

### PREPARATION

| DATE EMPLOYER/SUPERVISOR FIRST KNEW OF INJURY | DATE OF THIS REPORT | IF FORM IS SUBMITTED BY EMPLOYER, COMPLETE A and B BELOW. IF FORM IS SUBMITTED BY THIRD PARTY, COMPLETE A,B,C and D BELOW. |
|---|---|---|
| 01/29/08 | 05/13/08 | |

A. EMPLOYEE PREPARING FORM OR SUPPLYING INFORMATION TO THIRD PARTY
Jo Ann Miano

B. TITLE
Safety Officer

TELEPHONE NUMBER and EXTENSION
(914)699-0125

C. IF REPORT PREPARED BY THIRD PARTY, COMPANY NAME AND ADDRESS
Lovell Safety Management Co. LLC 125 Maiden Lane 11fl New York, NY 10038

D. THIRD PARTY CONTACT NAME
Thomas Doddato

TELEPHONE NUMBER and EXTENSION
(212) 709 - 8840

C-2 (11-05)      C-2          C-2          C-2          C-2          C-2

TOTAL P.03

JUL-17-2009  15:27              9146990052              94%          P.02

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Supplemental Rule 26(a) Disclosure Response was mailed via first class mail, postage prepaid this June 8, 2010, to all counsel of record as indicated on the service list below.

JEFFREY T. MILLER (JTM-8179)
For the Firm
PILLINGER MILLER TARALLO, LLP
570 Taxter Road, Suite 275
Elmsford, New York 10523
(914) 703-6300
Attorneys for Defendant
El Sol Contracting and Construction
Corporation

## SERVICE LIST

NICOLETTI HORNIG & SWEENEY,
ESQS.
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005
(212) 220-3830
Attorney for Defendant
North East Marine, Inc.
File: 10000530 DRH/GSR


HERZFELD & RUBIN, P.C.
125 Broad Street
New York, NY 10004
Attorneys for Claimant
Francois Guillet

RUBIN, FIORELLA & FRIEDMAN,
LLP
292 Madison Avenue
11th Floor
New York, New York 10017
(212) 953-2381
Attorney for Defendants
Metro Marine, Inc., and
Metro Marine Sales & Service,
Inc.


HOFMANN & ASSOCIATES
Attorney for Plaintiff
Robert Boody
360 West 31st Street
New York, New York 10001
(212) 465-8840

*Civil Action No.. 09-CV-5600(CBA)(RLM)*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK OF NEW YORK

---------------------------------------X
IN THE MATTER OF THE PETITION OF NORTH EAST MARINE, INC., AS OWNER OF THE TUG ELENA, A 35' DECK
BARGE AND A 40; DECK BARGE, FOR EXONERATION FROM AND LIMITATION OF LIABILITY
---------------------------------------X

## SUPPLEMENTAL RULE 26(a) DISCLOSURE RESPONSE

**PILLINGER MILLER TARALLO, LLP**
Attorneys for Defendant
El Sol Contracting and Construction
Corporation
570 Taxter Road, Suite 275
Elmsford, New York 10523
(914) 703-6300
LIB-00105.1/JTM

### CERTIFICATION PURSUANT TO 22 N.Y.C.R.R. §130-1.1a

JEFFREY T. MILLER hereby certifies that, pursuant to 22 N.Y.C.R.R. §130-1.1a, the foregoing
Supplemental Rule 26(a) Disclosure Response is not frivolous nor frivolously presented.

_____
JEFFREY T. MILLER

Dated:      Westchester, New York
            June 8, 2010

---

**PLEASE TAKE NOTICE**

☐          *that the within is a true copy of a*                    *entered in the office of the clerk of the within named Court*
           *on       .*

☐          *that a             of which the within is a true copy will be presented for settlement to the Hon. one of the*
           *judges of the within named Court at            , on at 9:30 a.m.*

**PILLINGER MILLER TARALLO, LLP**
Attorneys for Defendant
El Sol Contracting and Construction Corporation
570 Taxter Road, Suite 275
Elmsford, New York 10523
(914) 703-6300
Our File No.  LIB-00105.1/JTM

JTM/AB/akc
151140.wpd