UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
..............................................................
North East Marine, Inc., et al.,                            NOTICE OF
                                                            PREMOTION CONFERENCE

                  Plaintiff(s),         CV-09-5600 (CBA)

  -against-

Robert Boody, et al.,

                  Defendant(s).
..............................................................

AMON, J.

    A **premotion conference** is hereby scheduled in the above-captioned case for **OCTOBER 20, 2010 at 11:30Am** before the Honorable Carol Bagley Amon, United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York in Courtroom No.10D on the 10th Floor.

Dated:  Brooklyn, New York
         September 16, 2010

                                            s/Carol Bagley Amon

                                            Carol Bagley Amon
                                            United States District Judge
                                            718-613-2410