## Nicoletti Hornig & Sweeney

WALL STREET PLAZA
88 PINE STREET
SEVENTH FLOOR
NEW YORK, NY 10005-1801
TELEPHONE 212-220-3830
TELECOPIER 212-220-3780
E-MAIL: general@nicolettihornig.com
WEBSITE: www.nicolettihornig.com

JOHN A.V. NICOLETTI
JAMES F. SWEENEY
DAVID R. HORNIG *
FRANK M. MARCIGLIANO
MICHAEL J. CARCICH
BARBARA A. SHEEHAN
NOOSHIN NAMAZI †
ROBERT A. NOVAK
TERRY L. STOLTZ
MICHAEL F. McGOWAN
VINCENT A. SUBA
SAMUEL C. COLUZZI †
GUERRIC S.D.L. RUSSELL †
LINDA D. LIN ◊

VAL WAMSER †
KEVIN J.B. O'MALLEY
WILLIAM M. FENNELL
SCOTT D. CLAUSEN †
NATHANIEL L. EICHLER †
FARA KITTON †
JAMES E. MORRIS ∆†
DAVID E. SIGMON †

* ALSO ADMITTED IN TEXAS
† ALSO ADMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN CALIFORNIA
∆ ALSO ADMITTED IN MARYLAND

MICHAEL MARKS COHEN
OF COUNSEL

NEW JERSEY OFFICE:
505 MAIN STREET, SUITE 218
HACKENSACK, NEW JERSEY 07601-5928
TELEPHONE 201-343-0970
TELECOPIER 201-343-5882

October 4, 2010

**VIA ECF**

Honorable Roanne Mann
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

RE:  *In the Matter of the Petition of North East Marine Inc. as Owners
Of the Tug ELENA, a 35' Deck Barge and a 40' Deck Barge
For Exoneration From and Limitation of Liability*
United States District Court – Eastern District of New York
Case No.:   CV-09-5600 (Amon, J) (Mann, M.J.)
Our File No.: 10000530 DRH/GSR

Dear Judge Mann:

This firm represents the Plaintiff in Limitation North East Marine, Inc. in the above-captioned case pending in the United States District Court for the Eastern District of New York.

On September 28, 2010, North East Marine, Inc. noticed the deposition of the Claimant Robert Boody for Friday October 8, 2010. (A copy of the Notice of Deposition is attached hereto.) On September 29, 2010, counsel for the Claimant Robert Boody advised that they would not produce Robert Boody for a deposition on October 8th on the grounds that there was a pre-motion conference scheduled before Judge Amon scheduled on October 20, 2010. (A copy of Elizabeth Blair Starkey, Esq.'s letter dated September 29, 2010 is attached hereto.) On September 30, 2010, we responded to counsel for Robert Boody advising that there was no Order staying discovery and/or any other legitimate basis for not producing their client for a deposition as notice. (Copy attached) We have also attempted to resolve this matter through a telephone conversation with counsel for Robert Boody who continues to refuse to produce their client for a deposition on October 8, 2010.

On September 13, 2010, the Court entered an Order by endorsements extending the parties' time to complete discovery to November 20, 2010. There has been no further Order staying discovery or otherwise precluding any party from conducting any and all discovery permitted under the Federal Rules of Civil Procedure. The Plaintiff in Limitation would be severely prejudiced if they were precluded from conducting any discovery including but not limited to the deposition of the Claimant Robert Boody until the issue concerning the lifting of the stay is resolved by the district court. Ultimate resolution of the issue of whether the automatic stay should be lifted may not be resolved until after the date that all discovery is required to be completed in this case. Furthermore, there is no harm to the Claimant Robert Boody to appearing for a deposition since his testimony in the federal action could be used in the state court action, assuming that the stay enjoining the action filed in the state court was lifted by the district court.

Lastly, there is no justifiable basis on which a party can unilaterally refuse to produce a witness properly noticed for a deposition without first seeking and obtaining an Order from the Court staying discovering. The Plaintiff in Limitation respectfully requests that an Order be entered directing Robert Boody to appear for a deposition as noticed by the Plaintiff in Limitation on October 8, 2010.

Respectfully submitted,

NICOLETTI HORNIG & SWEENEY

By: David R. Hornig

DRH/mar
Attachments

cc: (w/attachments)

**VIA ECF**

HOFMANN & ASSOCIATES
Attorneys for Claimant
ROBERT BOODY
360 West 31st Street, Suite 1506
New York, New York 10001-2727
Tel. No.: (212) 465-8840

Attention:   Elizabeth Blair Starkey, Esq.

October 4, 2010
Page 3

PILLINGER MILLER TARALLO, LLP
Attorneys for Claimant
EL SOL CONTRACTING and
CONSTRUCTION CORPORATION
570 Taxter Road, Suite 275
Elmsford, New York 10523
Tel. No.: (914) 703-6300
File No.: LIB-00105/JTM

Attention:     Jeffrey T. Miller, Esq.


RUBIN, FIORELLA & FRIEDMANN LLP
Attorneys for Claimant
METRO MARINE SALES, INC.
292 Madison Avenue, 11th Floor
New York, New York 10017
File No.: 431-14563

Attention:     Brendan Burke, Esq.


HERZFELD & RUBIN, P.C.
Attorneys for Claimant
FRANCOIS GUILLET
125 Broad Street
New York, New York 10004

Attention:     James Donat, Esq.

NICOLETTI HORNIG & SWEENEY
Wall Street Plaza, 7th Floor
New York, New York 10005-1801
(212) 220-3830
Attorneys for Petitioner
NORTH EAST MARINE, INC.
Our File No.: 10000530 DRH/GSR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

IN THE MATTER OF THE PETITION OF
NORTH EAST MARINE, INC., AS OWNER OF
THE TUG ELENA, A 35' DECK BARGE AND A
40' DECK BARGE, FOR EXONERATION
FROM AND LIMITATION OF LIABILITY

09-CV-5600 (CBA)(RLM)

**NOTICE OF DEPOSITION**

---

S I R S :

PLEASE TAKE NOTICE that the PLAINTIFF IN LIMITATION, NORTHEAST MARINE, INC. will take the deposition of the Claimant, ROBERT BOODY at the offices of NICOLETTI HORNIG & SWEENEY, Wall Street Plaza, 88 Pine Street, 7th Floor, New York, New York 10005 on the 8th day of October, 2010 at 10:00 a.m. and continuing from day-to-day thereafter until completed.

PLEASE TAKE FURTHER NOTICE that said Claimant, ROBERTY BOODY is to produce at the same time and place all materials, documents and other items denoted on the attached schedule of documents to be produced.

Dated: New York, New York
September 27, 2010

NICOLETTI HORNIG & SWEENEY
Attorneys for Petitioner
NORTH EAST MARINE, INC.

By: _____
David R. Hornig (DH 1599)
Guerric S.D.L. Russell (4845)
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005-1801
Telephone No.: (212) 220-3830
Facsimile No.: (212) 220-3780
E-Mail: dhornig@nicolettihornig.com
(FILE NO.: 10000530 DRH/GSR)

TO: (via facsimile and regular mail)

HOFMANN & SCHWEITZER
Attorneys for Claimant
ROBERT BOODY
360 West 31st Street, Suite 1506
New York, New York 10001-2727
Tel. No.: (212) 465-8840
Facsimile: (212) 465-8849

Attention:   Elizabeth Blair Starkey, Esq.


PILLINGER MILLER TARALLO, LLP
Attorneys for Claimant
EL SOL CONTRACTING and
CONSTRUCTION CORPORATION
570 Taxter Road, Suite 275
Elmsford, New York 10523
Tel. No.: (914) 703-6300
File No.: LIB-00105/JTM
Facsimile: (914) 703-6688

Attention:   Jeffrey T. Miller, Esq.

RUBIN, FIORELLA & FRIEDMANN LLP
Attorneys for Claimant
METRO MARINE SALES, INC.
292 Madison Avenue, 11th Floor
New York, New York 10017
File No.: 431-14563
Facsimile: (212) 953-2462

Attention: Brendan Burke, Esq.

HERZFELD & RUBIN, P.C.
Attorneys for Claimant
FRANCOIS GUILLET
125 Broad Street
New York, New York 10004
Facsimile: (212) 344-3333

Attention: James Donat, Esq.

X:\Public Word Files\1\530\LEGAL\NOTICE OF DEPOSITION.sa.doc

## **SCHEDULE A – DOCUMENTS TO BE PRODUCED**

1. Robert Boody's Federal and State Income Tax Returns for calendar years 2006, 2007, 2008 and 2009.

2. All accident reports prepared by Robert Boody.

3. Accident reports prepared by Carabie Corporation that concern or relate to Robert Boody's accident on January 29, 2008.

4. Any photographs of the location where the accident on January 29, 2008 occurred.

5. All medical reports concerning the treatment received by Robert Boody for the accident that occurred on January 29, 2008, excluding those produced as part of Robert Boody's Rule 26 Disclosure.

6. Statement of any person who claims to have witnessed the occurrence of the accident on January 29, 2008.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK)

SALMA ABDALLAH, being duly sworn, deposes and says:

1. I am employed by the firm of NICOLETTI HORNIG & SWEENEY, attorneys for Plaintiff in Limitation Northeast Marine, Inc. I am not a party to this action, am over 18 years of age, and reside in Brooklyn, New York.

2. On September 28, 2010, I served the annexed **Notice of Deposition** upon the following:

HOFMANN & SCHWEITZER
Attorneys for Claimant
ROBERT BOODY
360 West 31st Street, Suite 1506
New York, New York 10001-2727
Tel. No.: (212) 465-8840
Facsimile: (212) 465-8849

Attention:   Elizabeth Blair Starkey, Esq.

PILLINGER MILLER TARALLO, LLP
Attorneys for Claimant
EL SOL CONTRACTING and
CONSTRUCTION CORPORATION
570 Taxter Road, Suite 275
Elmsford, New York 10523
Tel. No.: (914) 703-6300
File No.: LIB-00105/JTM
Facsimile: (914) 703-6688

Attention:   Jeffrey T. Miller, Esq.

RUBIN, FIORELLA & FRIEDMANN LLP
Attorneys for Claimant
METRO MARINE SALES, INC.
292 Madison Avenue, 11th Floor
New York, New York 10017
File No.: 431-14563
Facsimile: (212) 953-2462

Attention:   Brendan Burke, Esq.

HERZFELD & RUBIN, P.C.
Attorneys for Claimant
FRANCOIS GUILLET
125 Broad Street
New York, New York 10004
Facsimile: (212) 344-3333

Attention:   James Donat, Esq.

at the address(es) designated by said attorney(s) for that purpose, by depositing true copy(ies) of same enclosed in postpaid, properly addressed wrapper(s) in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

3. The aforementioned documents were also delivered via facsimile by transmitting a copy of the papers to the said attorneys at the indicated facsimile telephone number(s) designated by the attorney(s) for that purpose.

_____
SALMA ABDALLAH

Sworn to before me this
28th day of September, 2010

_____
Notary Public

MARY ANN RAARUP
Notary Public, State of New York
No. 01RA4874099
Qualified in Suffolk County
Certificate filed in New York County
Commission Expires Oct. 20, 20 12

```
* * * COMMUNICATION RESULT REPORT ( SEP. 27. 2010  5:12PM ) * * *

                                    FAX HEADER 1:  NICOLETTI HORNIG & SWEENEY
                                    FAX HEADER 2:  212-825-1865

TRANSMITTED/STORED : SEP. 27. 2010  5:08PM
FILE MODE          OPTION          ADDRESS                 RESULT          PAGE
---------------------------------------------------------------------------------
2902 MEMORY TX                     12124658849             OK              5/5
                                   19147036688             OK              5/5
                                   212 953 2462            OK              5/5
                                   212 344 3333            OK              5/5
---------------------------------------------------------------------------------
     REASON FOR ERROR
         E-1) HANG UP OR LINE FAIL              E-2) BUSY
         E-3) NO ANSWER                         E-4) NO FACSIMILE CONNECTION
```

# NICOLETTI HORNIG & SWEENEY
### WALL STREET PLAZA
### 88 PINE STREET
### NEW YORK, N.Y. 10005-1801
#### TELEPHONE 212-220-3830
#### TELECOPIER 212-220-3780
#### E-MAIL GENERAL@NICOLETTIHORNIG.COM

---

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: SEE BELOW | FROM: David R. Hornig, Esq. |
| COMPANY: SEE BELOW | DATE: SEPTEMBER 27, 2010 |
| FAX NUMBER: SEE BELOW | TOTAL NO. OF PAGES INCLUDING COVER: 5 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: 10000530 DRH/GSR |
| RE: | YOUR REFERENCE NUMBER: |

☐ URGENT   ☐ FOR REVIEW   ☐ COMMENT   ☐ REPLY   ☐ NO ORIGINAL TO FOLLOW

---

TO:

**VIA FACSIMILE (212) 465-8849**
HOFMANN & SCHWEITZER
360 West 31st Street, Suite 1506
New York, New York 10001-2727

Attention:    James Fitzsimons, Esq.

**VIA FACSIMILE (212) 953-2462**
RUBIN, FIORELLA & FRIEDMAN
292 Madison Avenue, 11th Floor
New York, New York 10017
Attention:    Brendan Burke, Esq.
Your File No.:   431-14563

**VIA FACSIMILE (914) 703-6688**
PILLINGER MILLER TARALLO, LLP
570 Taxter Road, Suite 275
Elmsford, New York 10523
Attention:          Jeffrey T. Miller, Esq.
Your File No.: LIB-00105/JTM

**VIA FACSIMILE (212) 344-3333**
HERZFELD & RUBIN, P.C.
Attorneys for Claimant
FRANCOIS GUILLET
125 Broad Street
New York, New York 10004
Attention:    James Donat, Esq.

---

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT OUR COST AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

# HOFMANN & SCHWEITZER

COUNSELLORS AT LAW AND PROCTORS IN ADMIRALTY

1-530

| | | |
|---|---|---|
| PAUL T. HOFMANN*<br>TIMOTHY F. SCHWEITZER*<br>———<br>DARIO ANTHONY CHINIGO*<br>JAMES G. FITZSIMONS<br>ELIZABETH BLAIR STARKEY<br>JESSICA JUSTE*<br>*ALSO ADMITTED IN NJ | 360 WEST 31ST STREET<br>NEW YORK, NEW YORK 10001-2727<br>(212) 465-8840<br>FAX (212) 465-8849<br>E-MAIL: INFO@HOFMANNLAWFIRM.COM<br>WEB PAGE: WWW.HOFMANNLAWFIRM.COM | NEW JERSEY OFFICE:<br>1130 ROUTE 202 SOUTH<br>SUITE A7<br>RARITAN, NJ 08869<br>(908) 393-5862 |

September 29, 2010

By Telefax: 212-220-3780

David R. Hornig, Esq.
Nicoletti Hornig & Sweeney
88 Pine Street, 7th Floor
New York, NY 10005

Re: In the Matter of the Petition of North East Marine, Inc.
EDNY: CV-09-5600

Dear David:

I am in receipt of the notice to depose Robert Boody which you served on Sept. 27, 2010.

Please be advised, in light of the upcoming pre-motion conference before Judge Amon on October 20 and the anticipated motion practice which hopefully will follow, we respectfully decline to produce Mr. Boody on October 8 in response to your notice. If you wish, the matter can be discussed at the conference.

Very truly yours,
HOFMANN & SCHWEITZER

By: *Elizabeth Blair Starkey*
Elizabeth Blair Starkey

EBS/
cc: Pillinger Miller Tarallo, LLP
    Attorneys for El Sol
    Rubin, Fiorella & Friedmann, LLP
    Attorneys for Metro Marine Sales, Inc.

# Nicoletti Hornig & Sweeney

JOHN A.V. NICOLETTI
JAMES F. SWEENEY
DAVID R. HORNIG *
FRANK M. MARCIGLIANO
MICHAEL J. CARCICH
BARBARA A. SHEEHAN
NOOSHIN NAMAZI †
ROBERT A. NOVAK
TERRY L. STOLTZ
MICHAEL F. McGOWAN
VINCENT A. SUBA
SAMUEL C. COLUZZI †
GUERRIC S.D.L. RUSSELL †
LINDA D. LIN ◊

VAL WAMSER †
KEVIN J.B. O'MALLEY
WILLIAM M. FENNELL
SCOTT D. CLAUSEN †
NATHANIEL L. EICHLER †
FARA KITTON †
JAMES E. MORRIS ∆†
DAVID E. SIGMON †

\* ALSO ADMITTED IN TEXAS
† ALSO ADMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN CALIFORNIA
∆ ALSO ADMITTED IN MARYLAND

WALL STREET PLAZA
88 PINE STREET
SEVENTH FLOOR
NEW YORK, NY 10005-1801
TELEPHONE 212-220-3830
TELECOPIER 212-220-3780
E-MAIL: general@nicolettihornig.com
WEBSITE: www.nicolettihornig.com

MICHAEL MARKS COHEN
OF COUNSEL

NEW JERSEY OFFICE:
505 MAIN STREET, SUITE 218
HACKENSACK, NEW JERSEY 07601-5928
TELEPHONE 201-343-0970
TELECOPIER 201-343-5882

September 30, 2010

**VIA FACSIMILE (212) 465-8849**
Elizabeth Blair Starkey, Esq.
HOFMANN & SCHWEITZER
360 West 31st Street, Suite 1506
New York, New York 10001-2727

RE: *In the Matter of the Petition of North East Marine, Inc., As Owner of the Tug ELENA, a 35' Deck Barge and a 40' Deck Barge, For Exoneration from and Limitation of Liability*
United States District Court – Eastern District of New York
Case No.:    09 Civ. 5600 (Amon, J.)(Mann, M.J.)
Your File No.: 08-22
Our File:      10000530 DRH/GSR

Dear Ms. Starkey:

I am in receipt of your letter dated September 29, 2010. There has been no Order staying discovery in this action and therefore, you have no legitimate basis on refusing to produce Robert Boody for a deposition on October 8, 2010.

Kindly accept this letter as our good faith attempt to resolve this matter. Unless you advise us by the close of business today that you have reconsidered your position, we will have no alternative but to seek court intervention.

Very truly yours,

NICOLETTI HORNIG & SWEENEY

By: *[signature]*
David R. Hornig

DRH/lr

September 30, 2010
Page 2

cc:

**VIA FACSIMILE (914) 703-6688**
PILLINGER MILLER TARALLO, LLP
Attorneys for El Sol
570 Taxter Road, Suite 275
Elmsford, New York 10523
Tel. No.:   914-703-6300
Attention:   Jeffrey T. Miller, Esq.
File No.:   LIB-00105/JTM


**VIA FACSIMILE (212) 953-2462**
RUBIN, FIORELLA & FRIEDMAN
Attorneys for Metro Marine
292 Madison Avenue, 11th Floor
New York, New York 10017
Tel. No.:   212-953-2381
Attention:   Brendan M. Burke, Esq.
File No.:   431-14563

**VIA FACSIMILE (212) 344-3333**
HERZFELD & RUBIN, P.C.
Attorneys for Claimant
FRANCOIS GUILLET
125 Broad Street
New York, New York 10004
Attention:   James Donat, Esq.

X:\Public Word Files\1\530\HOFMANN & SCHWEITZER (Elizabeth Blair Starkey) 9-30-10--lr.doc

```
* * *   COMMUNICATION RESULT REPORT ( SEP. 30. 2010 12:39PM )   * * *

                                        FAX HEADER 1:  NICOLETTI HORNIG & SWEENEY
                                        FAX HEADER 2:  212-825-1865

TRANSMITTED/STORED : SEP. 30. 2010 12:24PM
FILE MODE            OPTION          ADDRESS                    RESULT         PAGE
-----------------------------------------------------------------------------------
2904 MEMORY TX                       12124658846                E-3) 3)        0/3
                                      9147036688                OK             3/3
                                      212 953 2462              OK             3/3
                                      212 344 3333              OK             3/3
-----------------------------------------------------------------------------------
    REASON FOR ERROR
      E-1) HANG UP OR LINE FAIL              E-2) BUSY
      E-3) NO ANSWER                         E-4) NO FACSIMILE CONNECTION
```

# NICOLETTI HORNIG & SWEENEY
## WALL STREET PLAZA
### 88 PINE STREET
### NEW YORK, N.Y. 10005-1801
TELEPHONE 212-220-3830

TELECOPIER 212-220-3780

E-MAIL GENERAL@NICOLETTIHORNIG.COM

---

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| SEE BELOW | David R. Hornig, Esq. |
| **COMPANY:** | **DATE:** |
| SEE BELOW | SEPTEMBER 30, 2010 |
| **FAX NUMBER:** | **TOTAL NO. OF PAGES INCLUDING COVER:** |
| SEE BELOW | 3 |
| **PHONE NUMBER:** | **SENDER'S REFERENCE NUMBER:** |
| | 10000530 DRH/GSR |
| **RE:** | **YOUR REFERENCE NUMBER:** |

☐ URGENT    ☐ FOR REVIEW    ☐ COMMENT    ☐ REPLY    ☐ NO ORIGINAL TO FOLLOW

TO:

**VIA FACSIMILE (212) 465-8849**
HOFMANN & SCHWEITZER
360 West 31st Street, Suite 1506
New York, New York 10001-2727

Attention:    Elizabeth Blair Starkey, Esq.

**VIA FACSIMILE (914) 703-6688**
PILLINGER MILLER TARALLO, LLP
570 Taxter Road, Suite 275
Elmsford, New York 10523
Attention:    Jeffrey T. Miller, Esq.
Your File No.: LIB-00105/JTM

**VIA FACSIMILE (212) 953-2462**
RUBIN, FIORELLA & FRIEDMAN
292 Madison Avenue, 11th Floor
New York, New York 10017
Attention:    Brendan Burke, Esq.
Your File No.:  431-14563

**VIA FACSIMILE (212) 344-3333**
HERZFELD & RUBIN, P.C.
Attorneys for Claimant
FRANCOIS GUILLET
125 Broad Street
New York, New York 10004
Attention:    James Donat, Esq.

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT OUR COST AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

```
* * *   COMMUNICATION RESULT REPORT ( SEP. 30. 2010 12:57PM )  * * *

                                    FAX HEADER 1:  NICOLETTI HORNIG & SWEENEY
                                    FAX HEADER 2:  212-825-1865

TRANSMITTED/STORED : SEP. 30. 2010 12:56PM
FILE  MODE            OPTION           ADDRESS                  RESULT        PAGE
--------------------------------------------------------------------------------
2905  MEMORY TX                        12124658849              OK            3/3
--------------------------------------------------------------------------------
       REASON FOR ERROR
          E-1) HANG UP OR LINE FAIL         E-2) BUSY
          E-3) NO ANSWER                    E-4) NO FACSIMILE CONNECTION
```

# NICOLETTI HORNIG & SWEENEY
### WALL STREET PLAZA
### 88 PINE STREET
### NEW YORK, N.Y. 10005-1801
TELEPHONE 212-220-3830
TELECOPIER 212-220-3780
E-MAIL GENERAL@NICOLETTIHORNIG.COM

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| SEE BELOW | David R. Hornig, Esq. |
| COMPANY: | DATE: |
| SEE BELOW | SEPTEMBER 30, 2010 |
| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
| SEE BELOW | 3 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
| | 10000530 DRH/GSR |
| RE: | YOUR REFERENCE NUMBER: |

☐ URGENT    ☐ FOR REVIEW    ☐ COMMENT    ☐ REPLY    ☐ NO ORIGINAL TO FOLLOW

TO:

**VIA FACSIMILE (212) 465-8849**
HOFMANN & SCHWEITZER
360 West 31st Street, Suite 1506
New York, New York 10001-2727

Attention:    Elizabeth Blair Starkey, Esq.

**VIA FACSIMILE (212) 953-2462**
RUBIN, FIORELLA & FRIEDMAN
292 Madison Avenue, 11th Floor
New York, New York 10017
Attention:    Brendan Burke, Esq.
Your File No.:    431-14563

**VIA FACSIMILE (914) 703-6688**
PILLINGER MILLER TARALLO, LLP
570 Taxter Road, Suite 275
Elmsford, New York 10523
Attention:    Jeffrey T. Miller, Esq.
Your File No.: LIB-00105/JTM

**VIA FACSIMILE (212) 344-3333**
HERZFELD & RUBIN, P.C.
Attorneys for Claimant
FRANCOIS GUILLET
125 Broad Street
New York, New York 10004
Attention:    James Donat, Esq.

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT OUR COST AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

Case 1:09-cv-05600-CBA -RLM   Document 23   Filed 10/04/10   Page 16 of 18
Case 1:09-cv-05600-CBA -RLM   Document 20   Filed 09/13/10   Page 1 of 2
Case 1:09-cv-05600-CBA -RLM   Document 18   Filed 09/13/10   Page 1 of 3

# HOFMANN & SCHWEITZER

COUNSELLORS AT LAW AND PROCTORS IN ADMIRALTY

PAUL T. HOFMANN*
TIMOTHY F. SCHWEITZER*

DARIO ANTHONY CHINIGO*
JAMES G. FITZSIMONS
ELIZABETH BLAIR STARKEY
JESSICA JUSTE*
*Also Admitted in NJ

360 WEST 31st STREET

NEW YORK, NEW YORK 10001-2727

(212) 465-8840

FAX (212) 465-8849

E-MAIL: INFO@HOFMANNLAWFIRM.COM

WEB PAGE: WWW.HOFMANNLAWFIRM.COM

NEW JERSEY OFFICE:
1130 ROUTE 202 SOUTH
SUITE A7
RARITAN, NJ 08869
(908) 393-5662

September 13, 2010

*Handwritten annotation:* Application granted, on consent. Each of the deadlines contained in the Court's Calendar Order of May 3, 2010 is extended by 90 days, on consent. The 11/10/10 settlement conference is adjourned to 2/7/11 at 9:30 a.m.
SO ORDERED.
/s/
Roanne L. Mann
U.S. Magistrate Judge
Dated 9/13/10

By ECF and REGULAR MAIL

Honorable Roanne L. Mann
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: In the Matter of the Petition of North East Marine, Inc.
EDNY: CV-09-5600

Dear Judge Mann:

Our office represents the Claimant Robert Boody in this limitation of liability litigation which has been referred to your Honor by Hon. Carol Amon. An initial conference was held on May 3, 2010 at which certain discovery dates were set. I enclose a copy of the discovery order.

I am writing with the consent of all claimants herein and the petitioner to request a 90-day extension of the discovery schedule.

All parties have submitted automatic disclosure as required by Rule 26. Formal document disclosure and depositions have not taken place.

However, among the maritime claimants, there have been substantive discussions concerning which of them is/are proper parties in this case. As a result of those discussions, there is a strong possibility that certain of them will no longer be part of the case, based on affidavits and documents exchanged among the parties.

In the meantime, I have written to Judge Amon to request a pre-motion conference for the purpose of filing a motion to stay the instant action and permit Mr. Boody to return to Queens County to litigate his personal injury claim, while stipulating to protect the petitioner's right to limit his liability in this action. A copy of that letter is enclosed.

HOFMANN & SCHWEITZER

Page 2
Hon. Roanne L. Mann
Re: In the Matter of the Petition of North East Marine, Inc.
EDNY: CV-09-5600
September 13, 2010

    Therefore, on behalf of the litigants herein, I respectfully request a 90 day extension of all discovery deadlines.

Respectfully submitted,

HOFMANN & SCHWEITZER

By: _____
Elizabeth Blair Starkey

Enc.

cc: BY ECF and BY REGULAR MAIL
   Hon. Carol Amon
   Nicoletti Hornig & Sweeney
   David R. Hornig, Esq.
     Attorneys for North East Marine
   Pillinger Miller Tarallo, LLP
   Jeffrey T. Miller, Esq.
     Attorneys for El Sol
   Rubin, Fiorella & Friedmann, LLP
   Brendan Burke, Esq.
     Attorneys for Metro Marine Sales, Inc.
     Metro Marine and Francois Guillet

Case 1:09-cv-05600-CBA -RLM   Document 23   Filed 10/04/10   Page 18 of 18
Case 1:09-cv-05600-CBA -RLM   Document 18   Filed 09/13/10   Page 3 of 3
Case 1:09-cv-05600-CBA -RLM   Document 15   Filed 05/03/10   Page 1 of 1

ROANNE L. MANN                                     DATE: 5/03/10
UNITED STATES MAGISTRATE JUDGE                     START: 12:30 p.m.
                                                   END: 1:00 pm

DOCKET NO: _____09-CV-5600 (CBA)_____

CASE: _____North East Marine, Inc., et al. v. Boody, et al._____

✓ INITIAL CONFERENCE                  ___ OTHER/ORDER TO SHOW CAUSE
___ DISCOVERY CONFERENCE              ___ FINAL/PRETRIAL CONFERENCE
___ SETTLEMENT CONFERENCE             ___ TELEPHONE CONFERENCE

FOR PLAINTIFF: Val Wamser
Δ Et 50.L  Michael Burke
FOR DEFENDANT Boody  James Fitzsimmons
Δ Metro  Brendan Burke
FACT Δ Gillet  Joseph Donat
DISCOVERY TO BE COMPLETED BY  8/20/10
✓ NEXT sett. CONFERENCE SCHEDULED FOR 11/10/10  9:30 am
___ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____

PL. TO SERVE DEF. BY: _____    DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

Automatic disclosure shall be completed by 5/18/10.

Boody's expert disclosure shall be served by 9/30/10; the remaining parties' expert disclosure shall be served by 10/29/10. Expert depositions are deferred until after the settlement conference.

Pleadings may be amended + new parties added until 5/28/10.