## Nicoletti Hornig & Sweeney

JOHN A.V. NICOLETTI
JAMES F. SWEENEY
DAVID R. HORNIG *
FRANK M. MARCIGLIANO
MICHAEL J. CARCICH
BARBARA A. SHEEHAN
NOOSHIN NAMAZI †
ROBERT A. NOVAK
TERRY L. STOLTZ
MICHAEL F. McGOWAN
VINCENT A. SUBA
SAMUEL C. COLUZZI †
GUERRIC S.D.L. RUSSELL †
LINDA D. LIN ◊

VAL WAMSER †
KEVIN J.B. O'MALLEY
WILLIAM M. FENNELL
SCOTT D. CLAUSEN †
NATHANIEL L. EICHLER †
FARA KITTON †
JAMES E. MORRIS ∆†
DAVID E. SIGMON †

* ALSO ADMITTED IN TEXAS
† ALSO ADMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN CALIFORNIA
∆ ALSO ADMITTED IN MARYLAND

WALL STREET PLAZA
88 PINE STREET
SEVENTH FLOOR
NEW YORK, NY 10005-1801
TELEPHONE 212-220-3830
TELECOPIER 212-220-3780
E-MAIL: general@nicolettihornig.com
WEBSITE: www.nicolettihornig.com

MICHAEL MARKS COHEN
OF COUNSEL

NEW JERSEY OFFICE:

505 MAIN STREET, SUITE 218
HACKENSACK, NEW JERSEY 07601-5928
TELEPHONE 201-343-0970
TELECOPIER 201-343-5882

May 6, 2011

**VIA ECF**

The Honorable Roanne L. Mann
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: *In the Matter of the Petition of North East Marine, Inc., As Owner of the Tug ELENA, a 35' Deck Barge and a 40' Deck Barge, For Exoneration from and Limitation of Liability*
United States District Court – Eastern District of New York
Case No.:        09 Civ. 5600 (Amon, J.)(Mann, M.J.)
Our File No.:    10000530 DRH/GSR

Dear Judge Mann:

This office represents the petitioner, North East Marine, Inc. in the above-captioned case. Pursuant to this Court's Order we provide a brief status report regarding this litigation.

An appointment was made for the claimant, Robert Boody to be examined by Dr. William B. Head, Jr. on April 28, 2011. Apparently due to illness Robert Boody was unable to attend this neuro-psychiatric examination and the exam has been rescheduled for June 14, 2011. Until such time as the examination has been completed an expert disclosure by Dr. Head cannot be prepared and served on all parties. Robert Boody was also examined by Dr. Maurice Carter and we have been advised that he has issued his report which will be served on all parties upon receipt of the report.

Hon. Roanne L. Mann
May 6, 2011
Page 2

      With the exception of disclosing medical experts and their reports, all discovery has been completed in this case. The claimant, Robert Boody, through his counsel has requested of petitioner North East Marine, Inc. provide current or last known addresses of a former captain by the name of Skip Keyes and a former deckhand by the name of George who are no longer employed by North East Marine. These two individuals were at the location where Robert Boody was allegedly injured according to the testimony of witnesses in this case. The petitioner does not have last known addresses and only has telephone numbers which are presently disconnected or not in service. North East Marine and its counsel continue to search for these individuals and if they are located we will immediately notify all parties of their current addresses.

      North East Marine has nothing further to report to the Court at this time.

                Respectfully yours,

                NICOLETTI HORNIG & SWEENEY

By: _____
                David R. Hornig

DRH/mar

cc: **VIA ECF**

    All Counsel

X:\Public Word Files\1\530\Judge Mann.ltr.5.6.11.mar.doc