# Nicoletti Hornig & Sweeney

JOHN A.V. NICOLETTI
JAMES F. SWEENEY
DAVID R. HORNIG *
FRANK M. MARCIGLIANO
MICHAEL J. CARCICH
BARBARA A. SHEEHAN
NOOSHIN NAMAZI †
ROBERT A. NOVAK
TERRY L. STOLTZ
MICHAEL F. McGOWAN
VINCENT A. SUBA
SAMUEL C. COLUZZI †
GUERRIC S.D.L. RUSSELL †
LINDA D. LIN ◊

VAL WAMSER †
KEVIN J.B. O'MALLEY
WILLIAM M. FENNELL
SCOTT D. CLAUSEN †
FARA N. KITTON †
JAMES E. MORRIS ∆†
NORA A. VALENZA-FROST †
JEFFREY BINKLEY

* ALSO ADMITTED IN TEXAS
† ALSO ADMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN CALIFORNIA
∆ ALSO ADMITTED IN MARYLAND

WALL STREET PLAZA
88 PINE STREET
SEVENTH FLOOR
NEW YORK, NY 10005-1801
TELEPHONE  212-220-3830
TELECOPIER  212-220-3780
E-MAIL: general@nicolettihornig.com
WEBSITE: www.nicolettihornig.com

MICHAEL MARKS COHEN
OF COUNSEL

NEW JERSEY OFFICE:
505 MAIN STREET, SUITE 106
HACKENSACK, NEW JERSEY 07601-5928
TELEPHONE  201-343-0970
TELECOPIER  201-343-5882

September 22, 2011

**VIA E-FILING**

Honorable Carol B. Amon
United States District Judge
United States District Court
Eastern District of New York
225 Camden Plaza East
Brooklyn, New York  11201

RE:  *In the Matter of the Petition of North East Marine, Inc.,
As Owner of the Tug ELENA, a 35' Deck Barge and a 40'
Deck Barge, For Exoneration from and Limitation of Liability*
United States District Court – Eastern District of New York
Case No.:        09 Civ. 5600 (Amon, J.)(Mann, M.J.)
Our File No.:    10000530 DRH/GSR

Dear Judge Amon:

      This firm represents the Petitioner North East Marine, Inc. in the above-captioned case.  At a conference before this Court, counsel were directed to file motions by September 23, 2011 with regard to further proceedings in this case.  The Underwriters for the Petitioner North East Marine, Inc., namely The Northern Assurance Company of America, has advised all parties in writing that it would cover the cost of a bond for the Tug OSAGE in the event the Court permits North East Marine to amend the limitation petition/complaint to include the Tug OSAGE.  As a result of the Northern Assurance Company of America's agreement, this will possibly affect the position that various parties will take with respect to motions.  Since counsel has just been advised of this fact and need to evaluate their response, all parties jointly request that the Court modify and extend the date for filing motions for at a minimum of one week.  Since the Jewish

September 22, 2011
Page 2

holidays are on September 29/30, 2011, the parties would jointly request that the return date for motions be extended to October 5, 2011.

                          Respectfully yours,

                          NICOLETTI HORNIG & SWEENEY

By:

                          David R. Hornig

DRH/rr

**CC VIA E-FILING**

John J. Hession, Esq.
Dougherty, Ryan, Giuffra,
   Zambito & Hession

Paul T. Hofmann, Esq.
Hofmann & Schweitzer

Terri S. Hall, Esq.
Pillinger Miller Tarallo, LLP

X:\Public Word Files\1\530\JUDGE AMON, CAROL.09.22.11.rr.doc