DOUGHERTY, RYAN, GIUFFRA,
ZAMBITO & HESSION
Attorneys for Claimant
FRANCOIS GIULLET, NORTHEAST MARINE, INC.
and the TUG OSAGE
250 Park Avenue
Seventh Floor
New York, New York 10177
Phone: 212-889-2300
Fax: 646-485-5630

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN THE MATTER OF THE PETITION OF NORTH
EAST MARINE, INC. AS OWNER OF THE TUG            Index No: 09 Civ. 5600 (J.Ammon)
ELENA, A 35' DECK BARGE AND A 40' DECK
BARGE, FOR EXONERATION FROM AND
LIMITATION OF LIABILITY,                          **NOTICE OF MOTION**

-----------------------------------------------------------------X

    **PLEASE TAKE NOTICE**, that upon the declaration of John J. Hession, Esq. and the Exhibits annexed thereto, Northeast Marine, Inc. does herby make the within motion for an Order: 1) discharging Nicoletti, Hornig as Counsel for Northeast Marine, Inc.; 2) directing The Northern Assurance Company of America to assume liability for the defense of Northeast Marine, Inc. against all claims; 3) directing Northern Assurance to indemnify Northeast for all claims in this and related actions; and 4) directing Northern Assurance to pay the legal expenses of independent counsel, appointed by Northeast Marine, Inc.

    Said motion shall be heard at a date and time set by the Court.

Dated: New York, New York
       October 5, 2011

                                                JOHN J. HESSION (3501 JH)
                                                DOUGHERTY, RYAN, GIUFFRA,
                                                ZAMBITO & HESSION
                                                Attorneys for Northeast Marine, Inc.
                                                250 Park Avenue
                                                Seventh Floor
                                                New York, New York 10177
                                                Phone: 212-889-2300