UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
NORTH EAST MARINE, INC.,

                Petitioner,

- against -

ROBERT BOODY, et al.,

                Claimants.
-----------------------------------------------------------------x

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**
09-CV-5600 (CBA) (RLM)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 28 2013 ★
BROOKLYN OFFICE

AMON, Chief United States District Judge.

On December 22, 2009, North East Marine, Inc. ("NEM") filed a petition pursuant to the Limitation of Liability Act ("LOLA"), 46 U.S.C. § 30501 et seq., to limit its liability for claims arising out of an accident involving NEM's vessels. On September 27, 2012, the Court stayed this limitation proceeding during the pendency of claimant Robert Boody's state court action. In light of this stay, the Clerk of Court is directed to administratively close the case. The parties are directed to advise the Court when the state court action is resolved and move the Court to restore the matter to the Court's calendar at that time.

        SO ORDERED.

Dated: Brooklyn, New York
       February 26, 2013

                                    s/Carol Bagley Amon
                                    Carol Bagley Amon
                                    Chief United States District Judge